# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARK SATTERLY, et al. :

    Plaintiffs, :    Case No. 3:19cv32
                          Judge Thomas M. Rose

v. :

AIRSTREAM, INC. :

    Defendant. :

## ORDER

The above captioned matter is hereby TRANSFERRED from the docket of the Honorable Thomas M. Rose to the Honorable Walter H. Rice.

IT IS SO ORDERED.

April 29, 2019

                                              THOMAS M. ROSE, JUDGE
                                              UNITED STATES DISTRICT COURT