IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK SATTERLY, *et al.*,  :

    Plaintiffs,

    v.  :  Case No. 3:19-cv-32

AIRSTREAM, INC.,  JUDGE WALTER H. RICE

    Defendant.  :

---

DECISION AND ENTRY SUSTAINING PLAINTIFFS' UNOPPOSED MOTION FOR CONDITIONAL CLASS CERTIFICATION AND COURT-SUPERVISED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(B) (DOC. #21); SETTING FORTH PROCEDURES GOVERNING PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER, AND THE IMMEDIATE GRANTING OF PLAINTIFFS' MOTION FOR ISSUANCE OF NOTICE, ADDITIONAL NOTICE, CORRECTIVE ACTIONS, PRELIMINARY INJUNCTION, AND SANCTIONS—REQUEST FOR EXPEDITED HEARING (DOC. #33)

---

As discussed during the conference call held on May 2, 2019, the Court will hold an evidentiary hearing at 9:00 a.m., on Wednesday, May 8, 2019, on Plaintiffs' Emergency Motion for a Protective Order, Doc. #33. The Court has ordered counsel on both sides to refrain from making any public comments about this case, other than notifications concerning the time and date of the hearing.

At the evidentiary hearing, counsel shall be prepared to discuss what discovery is needed for a hearing on Plaintiffs' Motion for a Preliminary Injunction. After hearing from counsel, the Court will set a date for that hearing.

As further discussed during the May 2, 2019, conference call, the Court SUSTAINS Plaintiffs' unopposed Motion for Conditional Class Certification and Court-Supervised Notice to Potential Opt-in Plaintiffs Pursuant to 29 U.S.C. § 216(b), Doc. #21. The Court reserves ruling on Plaintiffs' Motion for Leave to File Motion to Certify Rule 23 Class Pursuant to Local R. 23.3, Doc. #27. At the May 2, 2019, hearing, counsel shall be prepared to discuss Defendant's Objections to the form of the Court-Supervised Notice proposed by Plaintiffs.

Date: May 2, 2019

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE