IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK SATTERLY, on behalf of
himself and others similarly
situated,

    Plaintiff,

v.

AIRSTREAM, INC.,

    Defendant.

Case No. 3:19-cv-32

JUDGE WALTER H. RICE

---

ORDER DIRECTING CLERK OF COURTS TO DETACH EXHIBIT A
FROM DOC. #27 AND FILE IT NUNC PRO TUNC MAY 29, 2019

---

The Clerk of Court is DIRECTED to detach Exhibit A from Doc. #27 and file it as a separate motion on the docket. As discussed during the conference call held on May 28, 2019, said Motion to Certify Rule 23 Class is deemed to have been filed on May 29, 2019. Accordingly, Defendant's response shall be filed no later than June 19, 2019.

Date: June 11, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE