IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Satterly, *et al.*, <br><br> On behalf of themselves and other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Airstream, Inc., <br><br> Defendant. | Case No. 3:19-cv-32 <br><br> Judge Walter H. Rice |

### ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO ECF NUMBERS 63, 65, 69, AND 70.

Upon consideration of Plaintiffs' Motion for Extension of Time to File Responsive Pleadings to ECF Numbers 63, 65, 69, and 70, and upon good cause demonstrated, the Court hereby GRANTS their Motion. Plaintiffs' Responsive pleadings to certain ECF Numbers 63, 65, 69, and 70 are due on or before July 29, 2019.

**IT IS SO ORDERED.**

DATE: 7-16-19

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT