IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARK SATTERLY, *et al.*, : | |
| Plaintiffs, | |
| v. : | Case No. 3:19-cv-32 |
| AIRSTREAM, INC., | JUDGE WALTER H. RICE |
| Defendant. : | |

SCHEDULING ORDER

As discussed during the conference call held on July 24, 2019, Defendant shall submit to the Court, via email, a copy of the offer made to Plaintiffs earlier that day.  No later than July 31, 2019, Plaintiffs shall submit a copy of its written response to that offer, also via email.

No later than August 7, 2019, Plaintiffs shall submit a brief explaining why the Court should require Vladimir Belo to testify at the continued hearing on Plaintiffs' Emergency Motion for Protective Order, Doc. #33, and detailing all areas of testimony sought to be elicited from him.  No later than August 16, 2019, Defendant shall file a response brief, also addressing the question of why the Court should require Matthew Coffman to testify at the hearing, and detailing all areas of testimony sought to be elicited from him.  Plaintiffs shall file a reply brief no later than August 26, 2019.

The Court will hold a continued hearing on Plaintiffs' Emergency Motion for Protective Order on October 15, 2019, at 9:00 a.m. Should counsel for Defendant become available in September, they shall notify the Court and the Court will attempt to reschedule the hearing for an earlier date.

Date: July 25, 2019

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE