IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK SATTERLY, *et al.*,

    Plaintiffs,

v.

AIRSTREAM, INC.,

    Defendant.

Case No. 3:19-cv-32

JUDGE WALTER H. RICE

---

ORDER PROHIBITING COUNSEL FROM COMMUNICATING WITH NON-PARTIES THE ULTIMATE SOFTWARE GROUP, INC., AND VIBE HCM, INC., UNTIL THE COURT ISSUES RULINGS ON THE PENDING MOTIONS TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, MOTIONS FOR PROTECTIVE ORDERS (DOCS. ##69, 70)

---

Defendant's motions to quash subpoenas issued to non-parties The Ultimate Software Group, Inc., and Vibe HCM, Inc., or in the alternative, to issue protective orders, Docs. ##69-70, are not yet fully briefed. As discussed during the conference call held on August 1, 2019, the Court prohibits all counsel from communicating with these non-parties until the Court has issued a ruling on the pending motions.

Date: August 2, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE