IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK SATTERLY, et al., :

    Plaintiffs, :

v. : Case No. 3:19-cv-32

AIRSTREAM, INC., : JUDGE WALTER H. RICE

    Defendant. :

---

ORDER SUSTAINING DEFENDANT AIRSTREAM, INC.'S MOTION FOR STATUS CONFERENCE (DOC. #91); QUASHING SUBPOENAS ISSUED BY PLAINTIFFS TO JEANNIE LLOYD'S FORMER EMPLOYERS

---

The Court SUSTAINS Defendant Airstream, Inc.'s Motion for Status Conference, Doc. #91. For the reasons set forth during the conference call held on August 1, 2019, the Court SUSTAINS Defendant Airstream, Inc.'s oral motion to quash the subpoenas issued by Plaintiffs to the four former employers of Airstream employee Jeannie Lloyd, Docs. ##87, 88, 89, 90.

Date: August 2, 2019

                                             WALTER H. RICE
                                             UNITED STATES DISTRICT JUDGE