IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK SATTERLY, *et al.*,

    Plaintiffs,

v.

AIRSTREAM, INC.,

    Defendant.

Case No. 3:19-cv-32

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT PLAINTIFFS' MOTION FOR STATUS CONFERENCE AND ORDER TO QUASH DEFENDANT'S SUBPOENAS (DOC. #95)

---

As discussed during the conference call held on September 20, 2019, Plaintiffs' Motion for Status Conference and Order to Quash Defendant's Subpoenas, Doc. #95, addresses the same subject matter contained in the Motion to Quash or, Alternatively, Motion for Protective Order of Non-Parties Sidney Daily News and Jim Painter, Doc. #107. Although Defendant filed no response to Doc. #95, it has indicated that it plans to file a response to Doc. #107. Accordingly, the Court OVERRULES AS MOOT Plaintiffs' Motion for Status Conference and Order to Quash Defendant's Subpoenas, Doc. #95.

Date: September 25, 2019

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE