IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARK SATTERLY, *et al.*, | : | |
| Plaintiffs, | | |
| v. | : | Case No. 3:19-cv-32 |
| AIRSTREAM, INC., | | JUDGE WALTER H. RICE |
| Defendant. | : | |

| | | |
|---|---|---|
| MATTHEW GODSEY, *et al.*, | : | Case No. 3:19-cv-107 |
| Plaintiffs, | | |
| v. | : | JUDGE WALTER RICE |
| AIRSTREAM, INC., | | |
| Defendant. | : | |

ORDER STAYING ABOVE-CAPTIONED CASES AND RESERVING RULING ON ALL PENDING MOTIONS PENDING MEDIATION; PROHIBITING AIRSTREAM FROM COMMUNICATING WITH PUTATIVE CLASS MEMBERS CONCERNING PAYROLL CALCULATION ERRORS UNTIL FURTHER ORDER OF COURT

As discussed during the conference call held on October 4, 2019, the Court STAYS all further proceedings and RESERVES RULING on all pending motions in the above-captioned cases pending mediation which is to take place as soon as possible. A follow-up conference call will be held on October 8, 2019, at 5:00 p.m., to determine how much time is needed to complete the limited discovery that must take place prior to said mediation.

As further discussed during the October 4, 2019, conference call, Airstream is to have no communications with its employees concerning any payroll calculation errors until further order of the Court.

Date: October 4, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE