IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK SATTERLY, et al.,           :
    Plaintiffs,
                                               Case No. 3:19-cv-32
v.                               :
                                               JUDGE WALTER H. RICE
AIRSTREAM, INC.,
    Defendant.               :

---

DECISION AND ENTRY SUSTAINING JOINT MOTION TO STAY ALL PROCEEDINGS FOR 30 DAYS (DOC. #127); OVERRULING WITHOUT PREJUDICE TO REFILING THE FOLLOWING MOTIONS: PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER, CEASE AND DESIST ORDER, AND THE IMMEDIATE GRANTING OF PLAINTIFFS' MOTION FOR ISSUANCE OF NOTICE, ADDITIONAL NOTICE, CORRECTIVE ACTIONS, PRELIMINARY INJUNCTION, AND SANCTIONS (DOC. #33); PLAINTIFFS' MOTION TO CERTIFY RULE 23 CLASS (DOC. #53); DEFENDANT'S MOTION TO QUASH SUBPOENA TO LETCHER LEGAL, LLC AND FOR A PROTECTIVE ORDER (DOC. #63); LETCHER LEGAL, LLC'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER (DOC. #65); DEFENDANT'S MOTION TO QUASH SUBPOENA TO THE ULTIMATE SOFTWARE GROUP, INC., OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER (DOC. #69); DEFENDANT'S MOTION TO QUASH SUBPOENA TO THE VIBE HCM, INC., OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER (DOC. #70); PLAINTIFFS' EXPEDITED MOTION FOR RULE 11 SANCTIONS AGAINST DEFENDANT AND ITS COUNSEL (DOC. #73); PLAINTIFFS' MOTION TO DESIGNATE ATTORNEY VLADIMIR BELO AS A NECESSARY WITNESS TO TESTIFY REGARDING DEFENDANT'S AND COUNSEL'S CONDUCT AND VIOLATIONS OF THIS COURT'S ORDERS (DOC. #94); MOTION TO QUASH OR, ALTERNATIVELY, MOTION FOR PROTECTIVE ORDER OF NON-PARTIES SIDNEY DAILY NEWS AND JIM PAINTER (DOC. #107)

For good cause shown, the Court SUSTAINS the Joint Motion to Stay All Proceedings for 30 Days, Doc. #127, so that the parties can continue their settlement negotiations.

The Court OVERRULES the following motions WITHOUT PREJUDICE to refiling after the conference call to be held on April 3, 2020, at 5:00, if the parties are unable to reach a settlement:

- Plaintiffs' Emergency Motion for a Protective Order, Cease and Desist Order, and the Immediate Granting of Plaintiffs' Motion for Issuance of Notice, Additional Notice, Corrective Actions, Preliminary Injunction, and Sanctions (Doc. #33);
- Plaintiffs' Motion to Certify Rule 23 Class (Doc. #53);
- Defendant's Motion to Quash Subpoena to Letcher Legal, LLC and for a Protective Order (Doc. #63);
- Letcher Legal, LLC's Motion to Quash Subpoena and for Protective Order (Doc. #65);
- Defendant's Motion to Quash Subpoena to The Ultimate Software Group, Inc., or, in the Alternative, Motion for Protective Order (Doc. #69);
- Defendant's Motion to Quash Subpoena to The Vibe HCM, Inc., or, in the Alternative, Motion for Protective Order (Doc. #70);
- Plaintiffs' Expedited Motion for Rule 11 Sanctions Against Defendant and Its Counsel (Doc. #73);
- Plaintiffs' Motion to Designate Attorney Vladimir Belo as a Necessary Witness to Testify Regarding Defendant's and Counsel's Conduct and Violations of this Court's Orders (Doc. #94); and
- Motion to Quash or, Alternatively, Motion for Protective Order of Non-Parties Sidney Daily News and Jim Painter (Doc. #107)

Date: March 13, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE